MINUTE ENTRY
MILAZZO, J.
JUNE 6, 2018

JS-10: 00:32

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEROME MORGAN | CIVIL ACTION |
| VERSUS | NO. 17-5319 |
| HARRY F CONNICK ET AL | SECTION "H" |

## MOTION HEARING

CASE MANAGER: ERIN MOULEDOUS
COURT REPORTER: KAREN IBOS
LAW CLERK: EMMY SCHROETER

APPEARANCES:  CHLOE CHETTA & STEPHEN KLAFFKY, FOR PLAINTIFF
THOMAS BARBERA, ROBERT FREEMAN, JR., & DONNA ANDRIEU, FOR DEFENDANT, LEON CANNIZZARO, JR.
MICHAEL LAUGHLIN, FOR DEFENDANT, WAYNE TAMBORELLA

Case called at 9:35 a.m.
Counsel appear for the record.

Cannizzaro's Motion to Dismiss (Doc. 45) & Tamborella's Motion to Dismiss (Doc. 46) are argued by counsel.

Matter recessed at 10:02 a.m to hold argument in 2:18-503.
Court in session at 10:30 a.m.

Motions are **DENIED** by the Court.

Reasons outlined on the record.

Court adjourned 10:35 a.m.